IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| JAN LUNDQUIST | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-14 |
| | : | |
| ASPLUNDH TREE EXPERT, CO., et al. | : | |

**Appearances**
**K. Rick Alvis, Esquire**
**Vincent A. Colianni, II, Esquire**
    *For Plaintiff Jan Lundquist*

**Simone D. Francis, Esquire**
**David J. Cattie, Esquire**
    *For Defendant Asplundh Tree Expert, Co.*

## JUDGMENT

**Sánchez, J.**

    AND NOW, this 14th day of June, 2012, the issues having been tried, and the jury having rendered a verdict finding (1) Defendant Asplundh Tree Expert, Co. (Asplundh) and settling tortfeasor Junior Thomas were negligent; (2) Plaintiff Jan Lundquist suffered $140,000.00 in damages; (3) Asplundh was comparatively responsible for 60% of such damages; and (4) Thomas was comparatively responsible for 40% of such damages, it is hereby

    ORDERED AND ADJUDGED Lundquist is awarded $84,000.00 on her negligence claim against Asplundh.[1]

---

[1] Although Asplundh is jointly and severally liable for the total damages amount pursuant to V.I. Code Ann. tit. 5 § 1451, this amount is reduced by the comparative share of damages attributable to Thomas because he and Lundquist previously settled Lundquist's negligence claim against him. *See* Restatement (Third) of Torts: Apportionment of Liab. § 16 (2000). Therefore, the total damage amount of $140,000 for which Asplundh is liable is reduced by 40%, resulting in an award of $84,000.

JUDGMENT is entered in favor of Lundquist and against Asplundh in the amount of $84,000.00.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.
